UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CITY OF ECORSE,
a Michigan Municipal Corporation,

      Plaintiff,                             Case No.  05-73826

v.                                         District Judge Denise Page Hood
                                              Magistrate Judge R. Steven Whalen

UNITED STATES STEEL CORPORATION,
a Delaware Corporation,

      Defendant.

_____/

**ORDER GRANTING DEFENDANT'S MOTION TO COMPEL**

     Before the Court is Defendant's Motion to Compel [Docket #7].  The Court having heard argument on April 11, 2006, and being fully advised,

     IT IS THEREFORE ORDERED that Defendant's Motion to Compel Discovery is GRANTED.

     IT IS FURTHER ORDERED that Plaintiff shall respond to the outstanding requests to produce documents within 14 days of the date of this Order.

     IT IS FURTHER ORDERED that Defendant's request for sanctions is DENIED.

                                                S/R. Steven Whalen
                                                R. STEVEN WHALEN
                                                UNITED STATES MAGISTRATE JUDGE

Dated:  April 11, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on April 11, 2006.

S/Gina Wilson
Judicial Assistant