UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CITY OF ECORSE,
a Michigan Municipal Corporation,

       Plaintiff,                            Case No.  05-73826

v.                                        District Judge Denise Page Hood
                                            Magistrate Judge R. Steven Whalen

UNITED STATES STEEL CORPORATION,
a Delaware Corporation,

       Defendant.

_____/

## ORDER DENYING PLAINTIFF'S MOTION TO COMPEL

For the reasons stated on the record on September 19, 2006, Plaintiff's Motion to Compel Discovery [Docket #38] is DENIED.

SO ORDERED.

                                                    S/R.  Steven Whalen
                                                  R.  STEVEN WHALEN
                                                  UNITED STATES MAGISTRATE JUDGE

Dated:  September 20, 2006

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on September 20, 2006.

S/Gina Wilson
Judicial Assistant